

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Case number:        01-13-00648-CV

Style:        In re Honorable Christopher Dupuy, Relator

Original Proceeding on Petition for Writ of Mandamus from *State of Texas ex rel. Hughes v. Dupuy*, cause number 13-CV-0701, pending in the 10th District court of Galveston County, Texas, the Honorable Robert J. Kern presiding.

Relator has filed a petition for writ of mandamus and an emergency motion to stay a show cause and contempt hearing scheduled for July 30, 2013 at 10:30 A.M. Relator's emergency motion is **granted**. The July 30, 2013 show cause and contempt hearing is stayed. The stay is effective until this mandamus proceeding is finally decided.

The Court further requests that real party in interest respond to the petition. In its response, real party in interest is requested to include full briefing on (1) the trial court's jurisdiction over the underlying civil removal suit, (2) real party in interest's authority to bring and prosecute the underlying civil removal suit, and (3) the propriety of the order prohibiting media contact.

The response, if any, is due on **Monday, August 12, 2013**. Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response, if any, in this case; the response must be received in the clerk's office or filed in accordance with this Court's rules on electronic filing no later than **Monday, August 12, 2013**. *See* TEX. R. APP. P. 2, 9.2(b).

It is so ORDERED.

Judge's signature: **/s/ Harvey Brown**
                Acting for the Court

Date:   July 29, 2013